# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **TELLY BROWN,** : | |
| : | |
| **Petitioner** : | |
| : | 5:04-CV-359 (WDO) |
| **v.** : | 5:01-CR-56 (WDO) |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Respondent** : | |

## ORDER

This matter is before the Court on a Report and Recommendation to deny Petitioner Brown's habeas petition. Having carefully considered the Recommendations, and there being no objections thereto, the Recommendation is ADOPTED and made the order of the Court.

**SO ORDERED** this 20th day of September, 2005.


    S/Wilbur D. Owens, Jr.
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**